# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLARK DISTRIBUTION SYSTEMS, INC.,** | : | **CIVIL ACTION NO. 1:10-CV-2575** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **ALG DIRECT, INC.,** | : | |
| Defendant | : | |

-------------------------------------------------------

| | | |
|---|---|---|
| **THE CLARK GROUP INC,** | : | **CIVIL ACTION NO. 1:11-CV-1299** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **ALG DIRECT, INC.,** | : | |
| Defendant | : | |
| ------------------------------------------------------- | : | |
| | : | |
| **ALG DIRECT, INC.,** | : | |
| Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **CLARK DISTRIBUTION SYSTEMS, INC.,** | : | |
| Third-Party Defendant | : | |

## **ORDER**

AND NOW, this 26th day of January, 2012, upon consideration of the joint motion (No. 1:11-CV-1299, Doc. 19) to consolidate the above-captioned cases, and it appearing that the above-captioned cases involve common parties and common questions of fact and law, see Fed. R. Civ. P. 42(a); see also Cella v. Togum Constructeur Ensembleier en Industrie Alimentaire, 173 F.3d 909, 912-13 (3d Cir. 1999) (discussing consolidation), it is hereby ORDERED that:

1. The above-captioned cases are CONSOLIDATED for all purposes.

2. The Clerk of Court is instructed to CONSOLIDATE the case docketed as Civil Action No. 1:11-CV-1299 into the case docketed as Civil Action No. 1:10-CV-2575 and to CLOSE the case docketed as Civil Action No. 1:11-CV-1299.

3. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:10-CV-2575.

4. The Case Management Order entered in Civil Action No. 1:11-CV-1299 on January 19, 2012 (Doc. 18), shall govern the conduct of discovery and contains the applicable deadlines and trial date for both consolidated matters.

                      S/ Christopher C. Conner
                      CHRISTOPHER C. CONNER
                      United States District Judge