IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLARK DISTRIBUTION SYSTEMS, INC.,** | : CIVIL ACTION NO. 1:10-CR-2575 |
|     **Plaintiff** | : (consolidated) |
| | : (Chief Judge Conner) |
|     v. | : |
| **ALG DIRECT, INC.,** | : |
|     **Defendant** | : |

===============================================

| | |
|---|---|
| **THE CLARK GROUP, INC.,** | : |
|     **Plaintiff** | : |
|     v. | : |
| **ALG DIRECT, INC.,** | : |
|     **Defendant/Third Party Plaintiff** | : |
|     v. | : |
| **CLARK DISTRIBUTION SYSTEMS, INC.,** | : |
|     **Third-Party Defendant** | : |

## ORDER

AND NOW, this 31st of March, 2014, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Magistrate Judge's report and recommendation (Doc. 99) are ADOPTED in part and REJECTED in part.

2. Plaintiffs' omnibus motion (Doc. 65) for summary judgment is DENIED.

    a. CDS's motion for partial summary judgment is DENIED as moot as it relates to ALG's counterclaims in the TSA case.

    b. Clark's motion for summary judgment in the Sublease Case is DENIED.

3.   A revised scheduling order setting this matter for trial shall issue by future order of the court.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania