# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLARK DISTRIBUTION SYSTEMS, INC.,** : | **CIVIL ACTION NO. 1:10-CR-2575** |
|     Plaintiff : | (consolidated) |
| : | (Chief Judge Conner) |
|        v. : | |
| **ALG DIRECT, INC.,** : | |
|     Defendant : | |
| ================================================ | |
| **THE CLARK GROUP, INC.,** : | |
|     Plaintiff : | |
|        v. : | |
| **ALG DIRECT, INC.,** : | |
|     Defendant/Third Party Plaintiff : | |
|        v. : | |
| **CLARK DISTRIBUTION SYSTEMS, INC.,** : | |
|     Third-Party Defendant : | |

## **ORDER**

AND NOW, this 14th of August, 2014, upon consideration of defendant ALG Direct, Inc.'s ("ALG") motion (Doc. 129) for reconsideration of the court's order (Doc. 120) granting summary judgment to plaintiff The Clark Group, Inc. ("Clark"), on its breach of contract claim, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. ALG's motion (Doc. 129) for reconsideration is DENIED.

2. Judgment is GRANTED in favor of CDS on ALG's third-party complaint in its entirety.

3. The Clerk of Court is directed to defer entry of judgment in the Sublease case until the close of the TSA case.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania